# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**               Case No. 2:22-cr-20200-MAG-DRG

**v.**                                Hon. Mark A. Goldsmith

**D-3 KURT SCHROEDER,**

       **Defendant.**

___

## NOTICE OF ATTORNEY APPEARANCE

NOW COMES the law firm of CHAPMAN LAW GROUP and JONATHAN S. MELTZ, and hereby submits his notice of appearance as counsel of behalf of the Defendant, KURT SCHROEDER, in the above-captioned matter.

                                Respectfully Submitted,
                                CHAPMAN LAW GROUP

Dated: April 26, 2022         /s/ *Jonathan S. Meltz*
                                Jonathan S. Meltz (Florida Bar No. 96504)
                                *Counsel for Defendant Schroeder*
                                701 Waterford Way, Suite 340
                                Miami, FL 33126
                                T: (305) 712-7177
                                F: (248) 644-6324
                                JMeltz@ChapmanLawGroup.com

## **PROOF OF SERVICE**

I hereby certify that on April 26, 2022, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to any involved non-participants.

                              /s/ *Jonathan S. Meltz*
                              Jonathan S. Meltz (Florida Bar No. 96504)
                              *Counsel for Defendant Schroeder*
                              JMeltz@ChapmanLawGroup.com